IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM DENTON,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00147-MP -AK

LEVY COUNTY FLORIDA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 2, Notice of Removal by Levy County Florida from Circuit Court Eighth Judicial Circuit for Levy County Florida, Case Number 10-ca-701. A removal teleconference was held on August 18, 2010, to discuss any outstanding issues. Plaintiff stated that he does not intend to move for a remand. The parties were directed to comply with the Initial Scheduling Order, Doc. 6, previously entered.

    **DONE AND ORDERED** this  *18th* day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge