IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM DENTON,

      Plaintiff,

v.                                        CASE NO. 1:10-cv-00147-MP -GRJ

BOARD OF COUNTY COMMISSIONERS FOR LEVY COUNTY FLORIDA, LEVY
COUNTY FLORIDA,

      Defendants.

_____/

# O R D E R

      This matter is before the Court on Doc. 27, Notice of Settlement by William Denton.

Plaintiff has notified the Court that a settlement has been reached as to all claims.  Accordingly,

it is hereby

      **ORDERED AND ADJUDGED:**

    1.      The Plaintiff's complaint is dismissed with prejudice and this case is closed.

    2.      The Court will retain jurisdiction for 60 days, however, to ensure that settlement
is effected.

      **DONE AND ORDERED** this _ *4th* day of April, 2011

          *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge